**FULL NAME** José Caro
**COMMITTED NAME (if different)** 450 Bauchet St
**FULL ADDRESS INCLUDING NAME OF INSTITUTION** Los Angeles, CA 90012
TTCF 262 - A POD
**PRISON NUMBER (if applicable)** 4793659

FILED
CLERK, U.S. DISTRICT COURT
JUN 29 2021
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

José Caro

PLAINTIFF,

v.

MS. DAVIS

DEFENDANT(S).

CASE NUMBER 2:21-CV-00685-VBF-JEM
*To be supplied by the Clerk*
SECOND AMENDED

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☒ No

2. If your answer to "1." is yes, how many? N/A

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.) N/A

a. Parties to this previous lawsuit:
Plaintiff ___N/A___

Defendants ___N/A___

b. Court ___N/A___

c. Docket or case number ___N/A___
d. Name of judge to whom case was assigned ___N/A___
e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) ___N/A___
f. Issues raised: ___N/A___


g. Approximate date of filing lawsuit: ___N/A___
h. Approximate date of disposition ___N/A___

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☑ Yes ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☑ Yes ☐ No

   If your answer is no, explain why not ___

3. Is the grievance procedure completed? ☑ Yes ☐ No

   If your answer is no, explain why not ___

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff ___Jose Caro___
(print plaintiff's name)
who presently resides at ___450 Bauchet St Los Angeles, CA. 90012___,
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
___Men's Central Jail. P.O. Box 86164 L.A. CA. 90086-0164___
(institution/city where violation occurred)
___MS DAVIS___

**CIVIL RIGHTS COMPLAINT**

CV-66 (7/97)                                                                 Page 2 of 6

on (date or dates) __2-22-20__, _____, _____.
                       (Claim I)              (Claim II)              (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __MS. DAVIS__ resides or works at
   (full name of first defendant)
   __P.O. BOX 86164 Terminal Annex LA, CA. 90086-0164__
   (full address of first defendant)
   __Medical staff / Nurse__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual    ☐ official capacity.

   Explain how this defendant was acting under color of law:
   "Deliberate indifference to serious medical needs- fourteenth Amendment right"

2. Defendant __N/A__ resides or works at
   (full name of first defendant)
   __N/A__
   (full address of first defendant)
   __N/A__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual    ☐ official capacity.

   Explain how this defendant was acting under color of law:
   __N/A__

3. Defendant __N/A__ resides or works at
   (full name of first defendant)
   __N/A__
   (full address of first defendant)
   __N/A__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual    ☐ official capacity.

   Explain how this defendant was acting under color of law:
   __N/A__

4. Defendant _____N/A_____ resides or works at
   (full name of first defendant)
   _____N/A_____
   (full address of first defendant)
   _____N/A_____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____N/A_____

5. Defendant _____N/A_____ resides or works at
   (full name of first defendant)
   _____N/A_____
   (full address of first defendant)
   _____N/A_____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____N/A_____

D. **CLAIMS***

**CLAIM I**

The following civil right has been violated:

Deliberate indifference to serious medical needs. Fourteenth Amendment right.

On or about 2-22-20 well acting under the color of law. Ms Davis failed to meet my medical needs. when she refused to provide me medical treatment on multiple occasions, by doing so Ms. Davis negligence has caused me subtantial risk to suffering serious mental health issues. due to ms. Davis reckless disregard I've experienced:
1) feeling anxious around other people
2) unworthy
3) moodswing
4) Depressed
5) And suspicious (afraid) of people in authority. it has been

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

documented on multiple occasions that well under Depression I attempt suicid.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

D. CLAIMS*

CLAIM I #2

The following civil right has been violated:

Racial discrimination
Equal protection clause
Fourteenth Amendment Right
On or about 2.22.2020 Ms. Davis "well acting under the color of law" Demonstrated prejudice against me because I'm mexican, and cant speak english well conducting morning pill call when she got to my cell door, I tryed to ask in english for my Prescribed medication. Because I speak broken english. Ms. Davis stated "If you can not speak english you are not getting your medication." Then she proceeded to pass out medication to all the other inmates. Racial discrimination in Prisons or Jails is unconstitutional. Ms. Davis Purposefully treated

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

me differently then similary situated individuals because they can speak english.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

I am seeking $100,000.00 in amount. Also in the intrest of justice I'am asking for the remuvel of emploiment of the defendant Ms. Davis and any to all feels that I may be order to cover through this civil right's complaint

6-21-21
(Date)

(Signature of Plaintiff)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Jose Cavo

PRISONER/PLAINTIFF,

v.

Ms Davis

DEFENDANT(S).

CASE NUMBER

2:21-cv-00685-VBF-JEM

**REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES WITH DECLARATION IN SUPPORT**

I, Jose Caro , declare under penalty of perjury, that the following is true and correct; that I am the prisoner-plaintiff in the above entitled case; that in support of my request to proceed without prepayment of fees under 28 U.S.C. Section 1915, I declare that because of my poverty I am unable to pay the full costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed in prison? ☐Yes ☑No

    a. If the answer is yes, state the number of hours you work per week and the hourly rate of pay:

    b. State the place of your incarceration TTCF Correctional Los Angeles .
    Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.

2. Have you received, *within the past twelve months*, any money from any of the following sources?
    a. Business, profession or form of self-employment?   ☐Yes ☑No
    b. Rent payments, interest or dividends?              ☐Yes ☑No
    c. Pensions, annuities or life insurance payments?    ☐Yes ☑No
    d. Gifts or inheritances?                             ☐Yes ☑No
    e. Any other income (other than listed above)?        ☐Yes ☑No
    f. Loans?                                             ☐Yes ☑No

    If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: _____

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.)  ☐ Yes  ☒ No

    If the answer is yes, identify each account and separately state the amount of money held in each account for each of the *six (6) months prior* to the date of this declaration.

    _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☒ No

    If the answer is yes, describe the property and state it approximate value: _____

    _____

5. In what year did you last file an Income Tax Return? __Never__

    Approximately how much income did your last tax return reflect? _____

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support: __I don't support anyone financally__

    _____

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

__California__  
State

__Los Angeles__  
County (or City)

I, __Jose Cavo__, declare under penalty of perjury that the foregoing is true and correct.

__6-21-21__  
Date

_____  
Prisoner/Plaintiff (Signature)

## PRISONER AUTHORIZATION

If my request to proceed without prepayment of filing fees is granted, I understand that I am required by statute to pay the full amount of the filing fees for this case, regardless of my forma pauperis status and the disposition of this case. I further authorize the prison officials at this institution to assess, collect and forward to the Court the full amount of these fees, in monthly payments based on the average of deposits to or balance in my prison trust account in accordance with 28 U.S.C. Section 1915.

_____
Prisoner-Plaintiff (Signature)

## CERTIFICATE OF AUTHORIZED OFFICER

I hereby certify that the Prisoner-Plaintiff herein has credit in the sum of $_____ on account at the _____ institution where Prisoner-Plaintiff is confined.

I further certify that during the past six months the applicant's average monthly balance was $_____. I further certify that during the past six months the average of monthly deposits to the applicant's account was $_____.

A certified copy of the prisoner-plaintiff's trust account statement for the last six (6) months is attached.

_____          _____
Date                             Authorized Officer of Institution (Signature)

```
04/14/2021 10:55:53                    Los Angeles County Sheriff's Department              PAGE:    01 OF 04
DELESLIE                              LASD JAIL INFORMATION MGMT SYSTEM (JIMS)                        OTRTASTA
                                                                                                      10.02.1.13
```

## TRUST ACCOUNT STATEMENT
### FROM: 01/01/2020   TO: 04/14/2021

| Main ID: | 0033604588 | NAME: | CARO, JOSE | | DOB: | 08/30/1987 |
|---|---|---|---|---|---|---|
| FACILITY: | TTCF-T262-A-008L | | | | | |

| ACCOUNT BALANCES TOTAL: | $ 2.26 | CURRENT: | $ 2.26 | HOLD: | $ 0.00 |
|---|---|---|---|---|---|

### SUB-ACCOUNT BALANCES

| SUB ACCOUNT | START BALANCE | END BALANCE |
|---|---|---|
| 2101-SPENDABLE ACCOUNT | 1.32 | 1.32 |
| 2102-PRO PER ACCOUNT | 0.94 | 0.94 |
| 2103-DIRTY MONEY ACCOUNT | 0.00 | 0.00 |
| 2104-BAIL/FINES ACCOUNT | 0.00 | 0.00 |

### DEBTS AND OBLIGATIONS

| TYPE | PAYABLE | INFO NUMBER | AMOUNT OWING | AMOUNT PAID | WRITE OFF AMT |
|---|---|---|---|---|---|
| ARIND | INDIGENT KIT LOAN RECEIVABLE | 02172017 | 505.15 | 12.81 | 0.00 |

### SUB-ACCOUNT TRANSACTIONS

#### 2101-SPENDABLE ACCOUNT

| DATE | BOOKING NO | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|---|
| 02/24/2020 | 4793659 | ARIND | Indigent Kit Loan Receivable | 11.08 | 12.40 |
| 02/24/2020 | 4793659 | SIND | Txn Id 309000839 Order No 108136 Charge for indigent order 108136250 | <11.08> | 1.32 |
| 03/23/2020 | 4793659 | ARIND | Indigent Kit Loan Receivable | 7.44 | 8.76 |
| 03/23/2020 | 4793659 | SIND | Txn Id 309042299 Order No 108177 Charge for indigent order 108177703 | <7.44> | 1.32 |
| 03/30/2020 | 4793659 | ARIND | Indigent Kit Loan Receivable | 8.90 | 10.22 |
| 03/30/2020 | 4793659 | SIND | Txn Id 309051239 Order No 108186 Charge for indigent order 108186845 | <8.90> | 1.32 |
| 04/06/2020 | 4793659 | ARIND | Indigent Kit Loan Receivable | 8.90 | 10.22 |
| 04/06/2020 | 4793659 | SIND | Txn Id 309059658 Order No 108195 Charge for indigent order 108195670 | <8.90> | 1.32 |
| 04/20/2020 | 4793659 | ARIND | Indigent Kit Loan Receivable | 7.37 | 8.69 |
| 04/20/2020 | 4793659 | SIND | Txn Id 309074434 Order No 108210 Charge for indigent order 108210884 | <7.37> | 1.32 |
| 04/27/2020 | 4793659 | ARIND | Indigent Kit Loan Receivable | 8.90 | 10.22 |
| 04/27/2020 | 4793659 | SIND | Txn Id 309083249 Order No 108219 Charge for indigent order 108219692 | <8.90> | 1.32 |
| 05/04/2020 | 4793659 | ARIND | Indigent Kit Loan Receivable | 8.90 | 10.22 |
| 05/04/2020 | 4793659 | SIND | Txn Id 309090562 Order No 108227 Charge for indigent order 108227122 | <8.90> | 1.32 |
| 05/11/2020 | 4793659 | ARIND | Indigent Kit Loan Receivable | 8.90 | 10.22 |

```
04/14/2021 10:55:53                Los Angeles County Sheriff's Department              PAGE :   02 OF 04
DELESLIE                           LASD JAIL INFORMATION MGMT SYSTEM (JIMS)                      OTRTASTA
                                                                                                 10.02.1.13
```

# TRUST ACCOUNT STATEMENT
## FROM : 01/01/2020       TO : 04/14/2021

| Main ID: | 0033604588 | NAME: | CARO, JOSE | DOB: | 08/30/1987 |
|---|---|---|---|---|---|
| FACILITY: | TTCF-T262-A-008L | | | | |
| ACCOUNT BALANCES TOTAL: | | $ 2.26 | CURRENT: $ 2.26 | HOLD: | $ 0.00 |

| DATE | BOOKING NO | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|---|
| 05/11/2020 | 4793659 | SIND | Txn Id 309097915 Order No 108234 Charge for indigent order 108234715 | <8.90> | 1.32 |
| 05/18/2020 | 4793659 | ARIND | Indigent Kit Loan Receivable | 8.90 | 10.22 |
| 05/18/2020 | 4793659 | SIND | Txn Id 309105116 Order No 108242 Charge for indigent order 108242261 | <8.90> | 1.32 |
| 05/26/2020 | 4793659 | ARIND | Indigent Kit Loan Receivable | 8.90 | 10.22 |
| 05/26/2020 | 4793659 | SIND | Txn Id 309112700 Order No 108249 Charge for indigent order 108249992 | <8.90> | 1.32 |
| 06/01/2020 | 4793659 | ARIND | Indigent Kit Loan Receivable | 4.38 | 5.70 |
| 06/01/2020 | 4793659 | SIND | Txn Id 309119837 Order No 108257 Charge for indigent order 108257419 | <4.38> | 1.32 |
| 06/08/2020 | 4793659 | ARIND | Indigent Kit Loan Receivable | 11.08 | 12.40 |
| 06/08/2020 | 4793659 | SIND | Txn Id 309126389 Order No 108264 Charge for indigent order 108264518 | <11.08> | 1.32 |
| 06/15/2020 | 4793659 | ARIND | Indigent Kit Loan Receivable | 11.08 | 12.40 |
| 06/15/2020 | 4793659 | SIND | Txn Id 309134467 Order No 108272 Charge for indigent order 108272890 | <11.08> | 1.32 |
| 06/22/2020 | 4793659 | ARIND | Indigent Kit Loan Receivable | 9.62 | 10.94 |
| 06/22/2020 | 4793659 | SIND | Txn Id 309141869 Order No 108280 Charge for indigent order 108280535 | <9.62> | 1.32 |
| 06/29/2020 | 4793659 | ARIND | Indigent Kit Loan Receivable | 11.08 | 12.40 |
| 06/29/2020 | 4793659 | SIND | Txn Id 309149495 Order No 108288 Charge for indigent order 108288373 | <11.08> | 1.32 |
| 07/06/2020 | 4793659 | ARIND | Indigent Kit Loan Receivable | 11.08 | 12.40 |
| 07/06/2020 | 4793659 | SIND | Txn Id 309157147 Order No 108295 Charge for indigent order 108295926 | <11.08> | 1.32 |
| 07/13/2020 | 4793659 | ARIND | Indigent Kit Loan Receivable | 11.08 | 12.40 |
| 07/13/2020 | 4793659 | SIND | Txn Id 309165361 Order No 108304 Charge for indigent order 108304255 | <11.08> | 1.32 |
| 07/20/2020 | 4793659 | ARIND | Indigent Kit Loan Receivable | 11.08 | 12.40 |
| 07/20/2020 | 4793659 | SIND | Txn Id 309173353 Order No 108312 Charge for indigent order 108312386 | <11.08> | 1.32 |
| 07/27/2020 | 4793659 | ARIND | Indigent Kit Loan Receivable | 11.08 | 12.40 |
| 07/27/2020 | 4793659 | SIND | Txn Id 309181384 Order No 108320 Charge for indigent order 108320618 | <11.08> | 1.32 |
| 08/03/2020 | 4793659 | ARIND | Indigent Kit Loan Receivable | 11.08 | 12.40 |
| 08/03/2020 | 4793659 | SIND | Txn Id 309189541 Order No 108328 Charge for indigent order 108328870 | <11.08> | 1.32 |

```
04/14/2021 10:55:53           Los Angeles County Sheriff's Department          PAGE :   03 OF 04
DELESLIE                      LASD JAIL INFORMATION MGMT SYSTEM (JIMS)                  OTRTASTA
                                                                                        10.02.1.13
```

## TRUST ACCOUNT STATEMENT
### FROM : 01/01/2020     TO : 04/14/2021

| Main ID: | 0033604588 | NAME: | CARO, JOSE | | DOB: | 08/30/1987 |
|---|---|---|---|---|---|---|
| FACILITY: | TTCF-T262-A-008L | | | | | |
| ACCOUNT BALANCES TOTAL: | | $ 2.26 | CURRENT: | $ 2.26 | HOLD: | $ 0.00 |

| DATE | BOOKING NO | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|---|
| 08/10/2020 | 4793659 | ARIND | Indigent Kit Loan Receivable | 11.08 | 12.40 |
| 08/10/2020 | 4793659 | SIND | Txn Id 309198425 Order No 108337 Charge for indigent order 108337444 | <11.08> | 1.32 |
| 08/17/2020 | 4793659 | ARIND | Indigent Kit Loan Receivable | 11.08 | 12.40 |
| 08/17/2020 | 4793659 | SIND | Txn Id 309207786 Order No 108346 Charge for indigent order 108346282 | <11.08> | 1.32 |
| 08/24/2020 | 4793659 | ARIND | Indigent Kit Loan Receivable | 11.08 | 12.40 |
| 08/24/2020 | 4793659 | SIND | Txn Id 309216420 Order No 108354 Charge for indigent order 108354416 | <11.08> | 1.32 |
| 10/30/2020 | 4793659 | ARIND | Indigent Kit Loan Receivable | 6.56 | 7.88 |
| 10/30/2020 | 4793659 | SIND | Txn Id 309311338 Order No 108445 Charge for indigent order 108445972 | <6.56> | 1.32 |
| 11/06/2020 | 4793659 | ARIND | Indigent Kit Loan Receivable | 6.56 | 7.88 |
| 11/06/2020 | 4793659 | SIND | Txn Id 309323169 Order No 108456 Charge for indigent order 108456630 | <6.56> | 1.32 |
| 11/20/2020 | 4793659 | ARIND | Indigent Kit Loan Receivable | 6.56 | 7.88 |
| 11/20/2020 | 4793659 | SIND | Txn Id 309345929 Order No 108477 Charge for indigent order 108477286 | <6.56> | 1.32 |
| 11/25/2020 | 4793659 | ARIND | Indigent Kit Loan Receivable | 6.56 | 7.88 |
| 11/25/2020 | 4793659 | SIND | Txn Id 309355659 Order No 108487 Charge for indigent order 108487372 | <6.56> | 1.32 |
| 12/04/2020 | 4793659 | ARIND | Indigent Kit Loan Receivable | 6.56 | 7.88 |
| 12/04/2020 | 4793659 | SIND | Txn Id 309366794 Order No 108497 Charge for indigent order 108497793 | <6.56> | 1.32 |
| 12/10/2020 | 4793659 | ARIND | Indigent Kit Loan Receivable | 6.56 | 7.88 |
| 12/10/2020 | 4793659 | SIND | Txn Id 309377359 Order No 108508 Charge for indigent order 108508205 | <6.56> | 1.32 |
| 12/17/2020 | 4793659 | ARIND | Indigent Kit Loan Receivable | 4.38 | 5.70 |
| 12/17/2020 | 4793659 | SIND | Txn Id 309387152 Order No 108518 Charge for indigent order 108518126 | <4.38> | 1.32 |
| 12/22/2020 | 4793659 | ARIND | Indigent Kit Loan Receivable | 6.56 | 7.88 |
| 12/22/2020 | 4793659 | SIND | Txn Id 309395948 Order No 108527 Charge for indigent order 108527148 | <6.56> | 1.32 |
| 01/07/2021 | 4793659 | ARIND | Indigent Kit Loan Receivable | 6.56 | 7.88 |
| 01/07/2021 | 4793659 | SIND | Txn Id 309417182 Order No 108548 Charge for indigent order 108548604 | <6.56> | 1.32 |
| 01/14/2021 | 4793659 | ARIND | Indigent Kit Loan Receivable | 6.56 | 7.88 |

| 04/14/2021 10:55:53 | Los Angeles County Sheriff's Department | PAGE: 04 OF 04 |
|---|---|---|
| DELESLIE | LASD JAIL INFORMATION MGMT SYSTEM (JIMS) | OTRTASTA |
| | | 10.02.1.13 |

## TRUST ACCOUNT STATEMENT
### FROM : 01/01/2020   TO : 04/14/2021

| Main ID: | 0033604588 | NAME: | CARO, JOSE | | | DOB: | 08/30/1987 |
|---|---|---|---|---|---|---|---|
| FACILITY: | TTCF-T262-A-008L | | | | | | |
| ACCOUNT BALANCES TOTAL: | | $ 2.26 | | CURRENT: | $ 2.26 | HOLD: | $ 0.00 |

| DATE | BOOKING NO | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|---|
| 01/14/2021 | 4793659 | SIND | Txn Id 309427430 Order No 108558 Charge for indigent order 108558703 | <6.56> | 1.32 |
| 01/21/2021 | 4793659 | ARIND | Indigent Kit Loan Receivable | 6.56 | 7.88 |
| 01/21/2021 | 4793659 | SIND | Txn Id 309437288 Order No 108568 Charge for indigent order 108568575 | <6.56> | 1.32 |
| 01/29/2021 | 4793659 | ARIND | Indigent Kit Loan Receivable | 6.56 | 7.88 |
| 01/29/2021 | 4793659 | SIND | Txn Id 309449013 Order No 108579 Charge for indigent order 108579600 | <6.56> | 1.32 |
| 02/04/2021 | 4793659 | ARIND | Indigent Kit Loan Receivable | 6.56 | 7.88 |
| 02/04/2021 | 4793659 | SIND | Txn Id 309459865 Order No 108589 Charge for indigent order 108589706 | <6.56> | 1.32 |
| 02/11/2021 | 4793659 | ARIND | Indigent Kit Loan Receivable | 6.56 | 7.88 |
| 02/11/2021 | 4793659 | SIND | Txn Id 309471471 Order No 108600 Charge for indigent order 108600038 | <6.56> | 1.32 |
| 02/26/2021 | 4793659 | ARIND | Indigent Kit Loan Receivable | 6.56 | 7.88 |
| 02/26/2021 | 4793659 | SIND | Txn Id 309491503 Order No 108620 Charge for indigent order 108620266 | <6.56> | 1.32 |
| 03/04/2021 | 4793659 | ARIND | Indigent Kit Loan Receivable | 6.56 | 7.88 |
| 03/04/2021 | 4793659 | SIND | Txn Id 309501607 Order No 108630 Charge for indigent order 108630424 | <6.56> | 1.32 |
| 03/11/2021 | 4793659 | ARIND | Indigent Kit Loan Receivable | 6.56 | 7.88 |
| 03/11/2021 | 4793659 | SIND | Txn Id 309511814 Order No 108640 Charge for indigent order 108640739 | <6.56> | 1.32 |
| 03/18/2021 | 4793659 | ARIND | Indigent Kit Loan Receivable | 6.56 | 7.88 |
| 03/18/2021 | 4793659 | SIND | Txn Id 309521843 Order No 108650 Charge for indigent order 108650766 | <6.56> | 1.32 |
| 03/25/2021 | 4793659 | ARIND | Indigent Kit Loan Receivable | 6.56 | 7.88 |
| 03/25/2021 | 4793659 | SIND | Txn Id 309532343 Order No 108660 Charge for indigent order 108660990 | <6.56> | 1.32 |
| 04/02/2021 | 4793659 | ARIND | Indigent Kit Loan Receivable | 6.56 | 7.88 |
| 04/02/2021 | 4793659 | SIND | Txn Id 309542671 Order No 108671 Charge for indigent order 108671333 | <6.56> | 1.32 |

## COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
## GRIEVANCE APPEAL STATUS NOTIFICATION

**REFERENCE #: 2026-2020-0225-235**

### GRIEVANCE INFORMATION:

| Booking | Last | First | Middle |
|---|---|---|---|
| 4793659 | CARO | JOSE | |
| Facility | Housing Location | | Response Due By |
| CJ | 2900 B 0002 | | 04/29/2020 |

| Requesting to Speak With | Requesting for Service | Grievance |
|---|---|---|
| | | Nurse or Doctor |

**Grievance Details:**

My complaint is about being offended and discriminated against for not speaking English by Nurse Davis. She has disrespected me for a long time. Every time she give me my meds, I get an incomplete dose. She is not professional. When she is here, she only gives me my psych meds, not all of my medications ordered. I don't want to end up in discipline. I hope you can help.

### APPEAL LEVEL 1 STATUS:

**Status:**

Denied

**Comments:**

A formal inquiry was conducted; witness did not support the patient's claim against the employee. Unable to restrict personnel from specific assignments due to the needs of service.

**Status Notification Issued By:**          **Employee #**
Gulseth                                      415900

---

**REFERENCE #: 2026-2020-0225-235**

| Inmate's Signature: | Booking #: | Date: |
|---|---|---|
| | 4793659 | |

*

## COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
## NOTIFICATION OF DISPOSITON

**REFERENCE #: 2026-2020-0225-235**

### INFORMATION:

☐ Handle as an emergent.

| Booking | Last | | First | | Middle |
|---|---|---|---|---|---|
| 4793659 | CARO | | JOSE | | |
| Facility | Housing Location | | Date of Collection | | |
| CJ | 2900 B 0002 | | 02/25/2020 | | |
| Requesting to Speak With | | Requesting for Service | | Grievance | |
| | | | | Nurse or Doctor | |

**Request or Grievance Details:**

My complaint is about being offended and discriminated against for not speaking English by Nurse Davis. She has disrespected me for a long time. Every time she give me my meds, I get an incomplete dose. She is not professional. When she is here, she only gives me my psych meds, not all of my medications ordered. I don't want to end up in discipline. I hope you can help.

### DISPOSITION:

| Complaint Type | Disposition |
|---|---|
| Medical Services | Denied |

**Comments**

On February 22, 2020, you filed a grievance alleging that Sheriff's Department personnel was disrespectful and gives you incomplete medication. There is no indication that Ms. Davis was disrespectful towards you per witness statement. Your grievance has been investigated; however, we were unable to substantiate that the described employee(s) violated the alleged Department policies and procedures. 4/14/20 per CNO, patient appeal saying that he did not want a particular nurse to render h[is] care. The grievance inquiry results did not support his claim against the employee. Appeal denied. The service is unable to restrict the nurses assignment due to needs of service.

**REVIEWED BY:**
462481 Urso
421766 Eckhardt

**Inmate Rights Regarding the Appeal Process:**
- Inmates may only submit one (1) appeal per grievance.
- An appeal shall be submitted on the appropriate appeal form, which will be provided to the inmate by custody personnel when delivering the notification of the disposition of a grievance or appeal.
- Inmates who are unable to fill out the appeal form may ask personnel for assistance.
- An appeal by an inmate must be submitted within fifteen (15) calendar days of receiving a written disposition regarding the grievance, or the appeal will be denied.
- Inmates will be advised in writing by a supervisor the result of an appeal within **15** calendar days of the appeal submission.

New issues raised by an inmate on an appeal form will not be addressed, and any decision rendered will pertain only to the present appeal issue.

**REFERENCE #: 2026-2020-0225-235**

Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance.

Refused to sign on 4/10/2020    SUn 4/14/20

## COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
## GRIEVANCE APPEAL STATUS NOTIFICATION

**REFERENCE #: 2026-2020-0225-235**

### GRIEVANCE INFORMATION:

| Booking | Last | First | Middle |
|---|---|---|---|
| 4793659 | CARO | JOSE | |
| Facility | Housing Location | | Response Due By |
| CJ | 2900 B 0002 | | 04/29/2020 |

| Requesting to Speak With | Requesting for Service | Grievance |
|---|---|---|
| | | Nurse or Doctor |

**Grievance Details:**

My complaint is about being offended and discriminated against for not speaking English by Nurse Davis. She has disrespected me for a long time. Every time she give me my meds, I get an incomplete dose. She is not professional. When she is here, she only gives me my psych meds, not all of my medications ordered. I don't want to end up in discipline. I hope you can help.

### APPEAL LEVEL 1 STATUS:

**Status:**

**Denied**

**Comments:**

A formal inquiry was conducted; witness did not support the patient's claim against the employee. Unable to restrict personnel from specific assignments due to the needs of service.

| Status Notification Issued By: | Employee # |
|---|---|
| Gulseth | 415900 |

**REFERENCE #: 2026-2020-0225-235**

| Inmate's Signature: | Booking #: | Date: |
|---|---|---|
| | 4793659 | |

*

## INMATE LEVEL 1 APPEAL FORM

### Instructions:

Fill out the portion below. Provide as much detail as possible to describe why you are appealing the disposition on your grievance. Once completed, cut along the line below and submit the top portion of this form. As an inmate within the Los Angeles County Jail system, you have only **15** calendar days from the time you received the results of your grievance to submit an appeal.

| Inmate Name | Booking # | Facility | Housing Loc. | Date | Reference # |
|---|---|---|---|---|---|
| CARO JOSE | 4793659 | CJ | 2900 A-6 | 4-12-20 | 2026-2020-0225-235 |

I disagree with the disposition/comments because the response holds merit/support to denied my grievance appeal process at the same time violated my right's by not disclosing this so-call witness statement name. therefore, my 8th/14th amendment were violated by race/ethnicity and cause me detrimental issues.

I am respectfully requesting for M.S. DAVIS to be replace from her position and to provide me with health care professional to issued me psych medication/treatment.

| INMATE SIGNATURE | DATE |
|---|---|
| [signature] | 4-12-20 |

| Employee Receiving Appeal | Employee # | Rank | Date and Time of Collection and Review |
|---|---|---|---|
| SR FLORES | 532990 | B-1 | |



LEGAL MAIL

DEPUTY MERAZ   XXX444