UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-0685-VBF (JEM) | Date | March 3, 2022 |
|---|---|---|---|
| Title | Jose Caro v. Ms. Davis | | |

| Present: The Honorable | John E. McDermott, United States Magistrate Judge |
|---|---|
| S. Lorenzo | |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:**     (IN CHAMBERS) ORDER TO SHOW CAUSE

On February 7, 2022, the Court issued an Order for Payment of Filing Fee (Dkt. No. 20), a summons (Dkt. No. 21), and an Order Directing Service of Process By the United States Marshall (Dkt. No. 22). These documents were mailed to Plaintiff at his address of record.

On February 23, 2022, the documents were returned to the Court as undeliverable. Plaintiff has been specifically advised that he is required by to keep the Court apprised of his current address and that failure to do so could result in dismissal of this action for failure to prosecute. (See Dkt. No. 3.)

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why this action should not be dismissed for failure to prosecute and/or failure to comply with a Court order based on Plaintiff's failure to keep the Court apprised of his current address in violation of Local Rule 41-6 and 83-2.4. Plaintiff shall file a written response to this Order to Show Cause no later than **March 17, 2022**.

Failure to respond to this Order to Show Cause as ordered may result in a recommendation that this action be dismissed for failure to prosecute and/or failure to comply with a Court order.

cc: Parties

|  |  : |
|---|---|
| | Initials of Preparer  slo |