# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JOSE CARO,

              Plaintiff,

       v.

MS. DAVIS,

              Defendant.

Case No. CV 21-0685-VBF (JEM)

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation have been filed within the time allowed for Objections. The Court accepts the findings and recommendations of the Magistrate Judge.

Judgment shall be entered dismissing this action without prejudice.


DATED: June 7, 2022                .   /s/ Valerie Baker Fairbank

                                 VALERIE BAKER FAIRBANK
                                 UNITED STATES DISTRICT JUDGE