JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CARO,<br><br>    Plaintiff,<br><br>    v.<br><br>MS. DAVIS,<br><br>    Defendant. | Case No. CV 21-0685-VBF (JEM)<br><br>**JUDGMENT** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: June 7, 2022                        /s/ Valerie Baker Fairbank

                                                            VALERIE BAKER FAIRBANK
                                                            UNITED STATES DISTRICT JUDGE